# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALWIN CARPENTER, | |
| Plaintiff, | Case No. 2:11-cv-01495-PMP-GWF |
| vs. | **ORDER** |
| ALESSI & KOENIG, LLC, | |
| Defendant. | |

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. The Complaint (#1) in this matter was filed September 16, 2011. Defendant filed its Answer (#6) on October 12, 2011. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **December 8, 2011** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 28th day of November, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge