UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ALWIN CARPENTER, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs ) | Case #2:11-CV-1495-PMP-GWF |
| ) | |
| ALESSI & KOENIG, LLC, ) | |
| ) | ORDER REFERRING CASE FOR |
| ) | SETTLEMENT CONFERENCE |
| Defendant(s). ) | |
| ) | |

This case is currently stacked on the calendar on **Tuesday, October 16, 2012,** for a Bench Trial.

**IT IS ORDERED** that this case is hereby referred to Magistrate Judge **George W. Foley** for a settlement conference.

DATED this 18th day of June, 2012.

_____
PHILIP M. PRO, U.S. DISTRICT JUDGE