UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ALWIN CARPENTER,                    )          2:11-CV-01495-PMP-GWF
                                    )
              Plaintiff,            )
                                    )          **ORDER**
vs.                                 )
                                    )
ALESSI & KOENIG, LLC,               )
                                    )
              Defendant.            )
_____    )

Having read and considered Defendant's fully briefed Motion for Summary Judgment (Doc. #21), and Plaintiff's fully briefed Motion for Partial Summary Judgment (Doc. #22), and good cause appearing,

**IT IS ORDERED** that Defendant's Motion to for Summary Judgment (Doc. #21) and Plaintiff's Motion for Partial Summary Judgment (Doc. #22) are **DENIED**.

DATED: July 6, 2012.

_____
PHILIP M. PRO
United States District Judge