UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ALWIN CARPENTER, | 2:11-CV-01495-PMP-GWF |
| Plaintiff, | |
| vs. | **ORDER** |
| ALESSI & KOENIG, LLC, | |
| Defendant. | |

Having read and considered Defendant's fully briefed Motion for Summary Judgment (Doc. #21), and Plaintiff's fully briefed Motion for Partial Summary Judgment (Doc. #22), and good cause appearing,

**IT IS ORDERED** that Defendant's Motion to for Summary Judgment (Doc. #21) and Plaintiff's Motion for Partial Summary Judgment (Doc. #22) are **DENIED**.

DATED: July 6, 2012.

_____
PHILIP M. PRO
United States District Judge