UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ALWIN CARPENTER, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ALESSI & KOENIG, LLC ) <br> ) <br> Defendant. ) | **O R D E R** <br><br> 2:11-CV-1495-PMP-GWF |

Having read and considered Plaintiff's fully briefed Motion for Partial Summary Judgment [40] and Defendant's Motion to Dismiss [43], and good cause appearing,

**IT IS ORDERED** that Plaintiff's Motion for Partial Summary Judgment [40] and Defendant's Motion to Dismiss [43] are **DENIED.**

**IT IS FURTHER ORDERED** that Trial in this case is hereby reset for **Tuesday, February 12, 2013, at 9:00 a.m.** in LV Courtroom 7C. Calendar call is reset for **Wednesday, February 6, 2013, at 9:30 a.m.** in Lv Courtroom 7C.

Dated: December 5, 2012.

_____
PHILIP M. PRO, UNITED STATES DISTRICT JUDGE