UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| ALWIN CARPENTER, | ) | 2:11-CV-01495-PMP-GWF |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| ALESSI & KOENIG, LLC, | ) | |
| Defendant. | ) | |

Having read and considered Plaintiff's fully briefed Motion for Partial Summary Judgment (Doc. #40), and Defendant's Motion to Dismiss (Doc. #43), and good cause appearing,

**IT IS ORDERED** that Plaintiff's Motion for Partial Summary Judgment (Doc. #40), and Defendant's Motion to Dismiss (Doc. #43) are **DENIED**.

**IT IS FURTHER ORDERED** that trial in this case is hereby reset for February 12, 2013, at 9:00 A.M. with calendar call set for February 6, 2013, at 9:00 A.M.

DATED: December 5, 2012.

_____
PHILIP M. PRO
United States District Judge