UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ALWIN CARPENTER, | 2:11-cv-01495-PMP-GWF |
| Plaintiff, | |
| vs. | **ORDER** |
| ALESSI & KOENIG, LLC, *et al.*, | |
| Defendants. | |

Before the Court for consideration is Defendant Alessi & Koenig, LLC's fully briefed Motion for Attorney's Fees (Doc. #62).

On September 16, 2013, the Court entered Judgment (Docs. ## 60 & 61) in favor of Defendant and against Plaintiff on all claims in this action. Hence there is no question that Defendant is the prevailing party. Defendant seeks attorney's fees and costs pursuant to Rule 54(d) of the Fed. R. Civ. P. and N.R.S. 18.010. The legal argument set forth in Defendant's Motion and Reply supports Defendant's request for attorney's fees, and the total attorney's fees requested in the sum of $5,843.75 is reasonable.

**IT IS THEREFORE ORDERED** that Defendant Alessi & Koenig, LLC's Motion for Attorney's Fees (Doc. #62) is **GRANTED** and Plaintiff shall pay to Defendant Alessi & Koenig, LLC the sum of $5,843.75 as and for attorney's fees within thirty (30) days of the date of this Order.

DATED: November 25, 2013.

_____
PHILIP M. PRO
United States District Judge